UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>SPLUNK INC.,<br><br>    Defendant. | Case No. 20-cv-04941-JSC<br><br>**ORDER DIRECTING CLERK TO UNSEAL ACTION** |

Plaintiff Terrance Turner, proceeding without an attorney, filed this civil action alleging a multi-billion dollar fraud involving the government and private business. Although Mr. Turner filed the action in the District Court for the Middle District of Georgia, the court transferred it here based on improper venue. (Dkt. No. 4.) Because the complaint appeared to be a qui tam action under the False Claims Act, 31 U.S.C. § 3729-3733, which can only be brought through counsel, the Court issued an Order to Plaintiff advising him that he could only proceed with the qui tam action through counsel. (Dkt. No. 8.) In response to the Court's Order, Plaintiff filed a document stating that he would like to convert the action into a "negligence & breach of contract action." (Dkt. No. 14.) Plaintiff simultaneously filed an amended complaint which omits the qui tam claims. (Dkt. No. 11.) The Clerk is therefore directed to UNSEAL this action.

Plaintiff shall serve Defendant in accordance with Federal Rule of Civil Procedure 4. A case management conference is scheduled for 1:30 p.m. on February 4, 2021.

As Plaintiff is proceeding without counsel, the Court directs his attention to the Pro Se Handbook available at: https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020_links.pdf. He may also obtain free legal advice by contacting the Legal Help Desk at 415.782.8982.

**IT IS SO ORDERED.**

Dated: November 16, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge