UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>        Plaintiff,<br><br>   v.<br><br>SPLUNK INC.,<br><br>        Defendant. | Case No. 20-cv-04941-JSC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

Plaintiff Terrance Turner, proceeding without an attorney, filed this civil action alleging a multi-billion dollar fraud involving the government and Defendant Splunk Inc. Splunk has moved to dismiss Mr. Tuner's complaint for failure to state a claim and for lack of subject matter jurisdiction. (Dkt. No. 24.) Although Mr. Turner's response to the motion was due February 16, 2021, Mr. Turner has not filed a response or otherwise communicated with the Court. Accordingly, Mr. Turner is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b). **Mr. Turner shall respond to this Order to Show Cause in writing by March 23, 2021 and simultaneously file his response to Splunk's motion to dismiss.** The March 25, 2021 hearing on Splunk's motion to dismiss is VACATED.

    Mr. Turner is warned that his failure to respond to this Order may lead to dismissal with prejudice, that is, the termination of his case, for his failure to prosecute. Mr. Turner is reminded that he can obtain free legal assistance by contacting the Legal Help Desk at 415.782.8982.

    **IT IS SO ORDERED.**

Dated: March 2, 2021

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge